**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**


**JORDAN M. KARETAS**                                                              **PLAINTIFF**

**VERSUS**                                        **CIVIL ACTION NO. 1:05CV567DMR-JMR**

**HIBERNIA NATIONAL BANK and
FIRST AMERICAN REAL ESTATE
SOLUTIONS OF TEXAS, L.P.**                                         **DEFENDANTS**


**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court on the *ore tenus* motion of the Plaintiff, Jordan M.

Karetas ("Karetas") and Defendants, Hibernia National Bank ("Hibernia") and First American

Real Estate Solutions of Texas, L.P. ("First American"), for entry of an Agreed Order of

Dismissal with Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Karetas,

Hibernia and First American have reached a full and final settlement resolving all claims in this

matter.   After due consideration of the evidence of record, the applicable law and being

otherwise fully advised in the premises, the Court finds that the Agreed Order should be entered

and Karetas' claims against Hibernia and First American in the above-referenced action should

be dismissed with prejudice and with each party to bear its respective costs.  It is, therefore,

**SO ORDERED AND ADJUDGED** that Karetas' claims against Hibernia and First

American in the above-referenced action should be, and are hereby, dismissed with prejudice

and with each party to bear its respective costs.

**SO ORDERED AND ADJUDGED** this the ____4th_____day of May, 2006.


**S/DAN M. RUSSELL, JR.
UNITED STATES DISTRICT JUDGE**

AGREED AS TO FORM AND CONTENT:


/s Joe Sam Owen
Attorney for Plaintiff, Jordan M. Karetas
Joe Sam Owen, Esq.
Owen & Galloway, P.L.L.C.
1414 25th Avenue
Post Office Drawer 420
Gulfport, MS 39502-0420
Phone:  (228) 868-2821
Fax:  (228) 864-6421


/s Ross F. Bass, Jr.
Attorney for Defendant, Hibernia National Bank
Ross F. Bass, Jr. (MS Bar No. 2186)
111 East Capitol Street, Suite 600
Jackson, MS 39201-2122
Phone:  (601) 360-9332
Fax:  (601) 360-9777


/s Ben H. Stone
Attorney for Defendant, First American Real Estate Solutions of Texas, L.P.
Ben H. Stone (MS Bar No. 7934)
Balch & Bingham LLP
1310 Twenty-Fifth Avenue
P.O. Box 130
Gulfport, MS 39502
Telephone:  (228) 864-9900
Fax:  (228) 864-8221